UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>GALDINO GASCA-CASTILLO (1),<br><br>               Defendant. | CASE NO. 06CR0060<br><br>JUDGMENT OF DISMISSAL |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

_XX_   the Court has granted the motion of the Government for dismissal; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

\_\_\_   of the offense(s) of:

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 16, 2007

_____
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE


ENTERED ON _____